IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANTANDER SECURITIES LLC, et al.<br>    Plaintiffs, | :<br>:<br>: |
| v. | :   Civ. No. 17-317 |
| GARY GAMACHE,<br>    Defendant. | :<br>:<br>:<br>: |

## **O R D E R**

**AND NOW**, this 3rd day of April, 2017, upon consideration of Defendant's Motion to Disqualify Counsel (Doc. No. 15), Plaintiffs' Response (Doc. No. 18), Defendant's Reply (Doc. No. 19), and all related submissions, it is hereby **ORDERED** that Defendant's Motion (Doc. No. 15) is **DENIED**. It is further **ORDERED** that this case shall be placed in suspense and marked as closed for statistical purposes pending resolution of the Parties' FINRA arbitration proceeding.

          **AND IT IS SO ORDERED.**

          */s/ Paul S. Diamond*
          ―――――――――――
          Paul S. Diamond, J.